IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ESHED ALSTON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 18-302-LPS |
| | : | |
| UNITED STATES DEPARTMENT OF JUSTICE, Civil Rights Division and Administrative Management Section, | : : : | |
| | : | |
| Defendant. | : | |

## ORDER

At Wilmington this 17th day of July, 2018, the complaint in the above-captioned case having been filed on February 22, 2018, and Plaintiff having failed to show cause why the case should not be dismissed for failure to serve process within 90 days of filing the complaint, pursuant to Fed. R. Civ. P. 4(m) as ordered on June 11, 2018 (*see* D.I. 10);

IT IS ORDERED that the case is DISMISSED without prejudice for failure to serve process pursuant to Fed. R. Civ. P. 4(m).

_____
HONORABLE LEONARD P. STARK
UNITED STATES DISTRICT JUDGE